**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

VANESSA ADELA ROMERO REYES,

      Plaintiff,

v.                                                                 Case No:   6:25-cv-1068-PGB-LHP

EXPERIAN INFORMATION
SOLUTIONS INC., TRANSUNION
LLC and EQUIFAX INFORMATION
SERVICES LLC,

      Defendants

---

**ORDER**

Before the Court are *pro se* Plaintiff's Motion to Strike Immaterial Portions of Defendant TransUnion's Answer (Doc. No. 36); Motion to Strike Immaterial Portions of Defendant Equifax's Answer (Doc. No. 37) and Motion to Strike Immaterial Portions of Defendant Experian's Answer (Doc. No. 38).   Upon review, the motions (Doc Nos. 36-38) are each **DENIED WITHOUT PREJUDICE** for failure to comply with Local Rule 3.01(g).   *See also Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (stating that *pro se* litigants are "subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure").

**DONE** and **ORDERED** in Orlando, Florida on September 18, 2025.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties