# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

VANESSA ADELA ROMERO REYES,

    Plaintiff,

v.                                            Case No:   6:25-cv-1068-PGB-LHP

EXPERIAN INFORMATION
SOLUTIONS INC., TRANSUNION
LLC and EQUIFAX INFORMATION
SERVICES LLC,

    Defendants

## ORDER

Before the Court is Plaintiff's Renewed Motion to Compel Complete and Unredacted Discovery Responses. Doc. No. 53; *see also* Doc. Nos. 54, 55. On review, the motion (Doc. No. 53) is **DENIED without prejudice**, for failure to comply with the Standing Order on Discovery Motions. Doc. No. 44. Specifically, the motion does not attach any of the discovery at issue, and indicates that Plaintiff conferred with Defendant TransUnion LLC by written correspondence, rather than via telephone or in person. Doc. Nos. 53, 55; *see also* Doc. No. 44 ¶¶ 1, 3. Plaintiff may not incorporate prior filings by reference. *See* Local Rule 3.01(h).

Plaintiff is advised that any renewed motions must comply with all applicable Local Rules, Federal Rules of Civil Procedure, and Court orders. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989), *cert. denied*, 493 U.S. 863 (1989) (*pro se* litigants are "subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure").

**DONE** and **ORDERED** in Orlando, Florida on January 5, 2026.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties