**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

VANESSA ADELA ROMERO REYES,

Plaintiff,

v.                                                    Case No. 6:25-cv-01068-
                                                                   PGB-LHP

EXPERIAN INFORMATION
SOLUTIONS, INC., TRANSUNION,
LLC, and EQUIFAX INFORMATION
SERVICES LLC,

Defendants.

_____/

## <u>AMENDED NOTICE OF APPEARANCE</u>
**(Amended to include Certificate of Service)**

PLEASE TAKE NOTICE that Patrick T. Kalbac, Esq. of the law firm of Venable LLP hereby gives Notice to the Court and all interested parties of his appearance as counsel on behalf of Defendant Experian Information Solutions, Inc. in this matter, and further requests that copies of all documents, pleadings, notices, motions, orders and any and all other papers served or filed in the above-styled matter be directed to the undersigned.

## <u>Certificate of Service</u>

THIS IS TO CERTIFY that on June 1, 2026, the foregoing was electronically filed with the Clerk of Court via the Court's CM/ECF system, which will E-mail notification of such filing to all attorneys of record.  I further certify that I mailed the foregoing and the notice of electronic filing by first-class mail to the following non-CM/ECF participant:

Vanessa Adela Romero Reyes
4859 Cherokee Rose Drive
Orlando, FL 32808

Dated June 1, 2026

Respectfully submitted,

VENABLE LLP
*Attorney for Experian Information Solutions, Inc.*
801 Brickell Avenue, Suite 1500
Miami, Florida 33131
Telephone: (305) 349.2300
Facsimile: (305) 349.2310

By: s/ Patrick T. Kalbac
Patrick T. Kalbac (FBN 101164)
ptkalbac@venable.com