## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

VANESSA ADELA ROMERO
REYES,

       **Plaintiff,**

      **v.**

EXPERIAN INFORMATION
SOLUTIONS, INC., TRANSUNION
LLC, EQUIFAX INFORMATION
SERVICES LLC,

       **Defendant.**

**Case No. 6:25-cv-01068-PGB-LHP**

## MOTION TO WITHDRAW THE
## <u>APPEARANCE OF GARY SONNENFELD</u>

Pursuant to Local Rule 2.02, the undersigned, Gary Sonnenfeld, respectfully

requests to withdraw as counsel for Defendant, Experian Information Solutions, Inc.

("Experian") in this matter. This case has been transferred to the law firm of Venable

LLP representation and service as lead counsel. Experian will be represented by

Patrick Thomas Kalbac of Venable LLP, who is admitted to this Court.

## LOCAL RULE 2.02(c)(1)(B) CERTIFICATION

The undersigned certifies that Experian is aware of the upcoming withdrawal, and that Experian consents.

*/s/ Gary Sonnenfeld*
Gary Sonnenfeld
Florida State Bar No. 53261

## LOCAL RULE 3.01(g) CERTIFICATION

On June 9, 2026, the movant conferred with Plaintiff Vanessa Reyes and the representatives of the co-Defendants by electronic mail on withdrawal of Gary Sonnenfeld as counsel for Experian Information Solutions, Inc.  The undersigned certifies Ms. Reyes has not responded to the electronic mail and none of the co-Defendants object to the withdrawal.

*/s/ Gary Sonnenfeld*
Gary Sonnenfeld
Florida State Bar No. 53261

Dated: June 9, 2026                    Respectfully submitted,

*/s/ Gary Sonnenfeld*
Gary Sonnenfeld
Florida State Bar No. 53261
TROUTMAN PEPPER LOCKE LLP
777 South Flagler Drive
Suite 215, East Tower
West Palm Beach, FL 3301
Telephone: (305) 712-1572
Facsimile: (561) 655-8719
Email: gary.sonnenfeld@troutman.com

Patrick Thomas Kalbac, (FBN 1011649)
Venable LLP
801 Brickell Avenue, Suite 1500
Miami, FL 33131
Telephone: (305) 349.2300
Facsimile: (305) 349.2310
Email: ptkalbac@venable.com

*Counsel for Experian Information
Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2026, I caused the foregoing document to be

filed with the Clerk of Court using the CM/ECF system, which will send notice of

electronic filing to all counsel of record. I further certify that I served a copy by U.S.

Mail upon:

Vanessa Adela Romero Reyes
4859 Cherokee Rose Drive
Orlando, FL 32808
*Pro se plaintiff*

/s/ Gary Sonnenfeld
Gary Sonnenfeld
Florida State Bar No. 53261

*Counsel for Experian Information
 Solutions, Inc.*

4