# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

VANESSA ADELA ROMERO
REYES,

        Plaintiff,

    v.

EXPERIAN INFORMATION
SOLUTIONS, INC., TRANSUNION
LLC, EQUIFAX INFORMATION
SERVICES LLC,

        Defendant.

Case No. 6:25-cv-01068-PGB-LHP

## MOTION TO WITHDRAW THE
## APPEARANCE OF GARY SONNENFELD

Pursuant to Local Rule 2.02, the undersigned, Gary Sonnenfeld, respectfully requests to withdraw as counsel for Defendant, Experian Information Solutions, Inc. ("Experian") in this matter. This case has been transferred to the law firm of Venable LLP representation and service as lead counsel. Experian will be represented by Patrick Thomas Kalbac of Venable LLP, who is admitted to this Court.

## **LOCAL RULE 2.02(c)(1)(B) CERTIFICATION**

The undersigned certifies that Experian is aware of the upcoming withdrawal, and that Experian consents.

*/s/ Gary Sonnenfeld*
Gary Sonnenfeld
Florida State Bar No. 53261

## **LOCAL RULE 3.01(g) CERTIFICATION**

On June 9, 2026, the movant conferred with Plaintiff Vanessa Reyes and the representatives of the co-Defendants by electronic mail on withdrawal of Gary Sonnenfeld as counsel for Experian Information Solutions, Inc. The undersigned certifies Ms. Reyes and none of the co-Defendants object to the withdrawal.

*/s/ Gary Sonnenfeld*
Gary Sonnenfeld
Florida State Bar No. 53261

Dated: June 18, 2026                    Respectfully submitted,

                                        */s/ Gary Sonnenfeld*
                                        Gary Sonnenfeld
                                        Florida State Bar No. 53261
                                        TROUTMAN PEPPER LOCKE LLP
                                        777 South Flagler Drive
                                        Suite 215, East Tower
                                        West Palm Beach, FL 3301
                                        Telephone: (305) 712-1572
                                        Facsimile: (561) 655-8719
                                        Email: gary.sonnenfeld@troutman.com

                                        Patrick Thomas Kalbac, (FBN 1011649)
                                        Venable LLP
                                        801 Brickell Avenue, Suite 1500
                                        Miami, FL 33131
                                        Telephone: (305) 349.2300
                                        Facsimile: (305) 349.2310
                                        Email: ptkalbac@venable.com

                                        *Counsel for Experian Information
                                        Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I further certify that I served a copy by U.S. Mail upon:

Vanessa Adela Romero Reyes
4859 Cherokee Rose Drive
Orlando, FL 32808
*Pro se plaintiff*

*/s/ Gary Sonnenfeld*
Gary Sonnenfeld
Florida State Bar No. 53261

*Counsel for Experian Information
Solutions, Inc.*

4