## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## CASE NO: 6:25-CV-01068-PGB-LHP

VANESSA ADELA ROMERO REYES,

      Plaintiff,

    v.

EXPERIAN INFORMATION
SOLUTIONS, INC., TRANSUNION
LLC, EQUIFAX INFORMATION
SERVICES LLC,

      Defendant.

## NOTICE OF SETTLEMENT

Defendant EQUIFAX INFORMATION SERVICES LLC, by its attorneys, hereby notifies the Court that Plaintiff and Equifax have reached a settlement in principle as to Plaintiff's allegations against Equifax, and are in the process of consummating the terms of the settlement agreement and filing a dismissal with prejudice as to Equifax. Plaintiff therefore requests that the Court vacate all pending deadlines in this matter as to Equifax. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

326659273v.1

2

DATED:  June 18, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: _/s/ Paige Vacante_____
    Paige Vacante, Bar No. 1019135
    pvacante@seyfarth.com
    SEYFARTH SHAW LLP
    233 South Wacker Drive
    Suite 8000
    Chicago, Illinois  60606-6448
    Telephone:  (312) 460-5000
    Facsimile:  (312) 460-7000

*Counsel for Defendant*
*Equifax Information Services LLC*

326659273v.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2026, I presented the foregoing NOTICE OF SETTLEMENT to the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  A copy has also been sent via U.S. Mail to the following:

> VANESSA ADELA ROMERO REYES, *plaintiff pro se*
> 4859 CHEROKEE ROSE DR
> ORLANDO FL 32808-2014

*/s/ Paige Vacante*
Paige Vacante
*Counsel for Defendant*
*Equifax Information Services LLC*