**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**Case No.  6:25-CV-1068-PGB-LHP**

**VANESSA A. ROMERO REYES,**

      Plaintiff,

v.

**EXPERIAN INFORMATION**
**SOLUTIONS, INC., TRANS UNION,**
**LLC, and EQUIFAX INFORMATION**
**SERVICES, LLC**

      **Defendants.**

_____/

## NOTICE OF SETTLEMENT

Defendant Trans Union LLC ("Trans Union"), hereby notifies the Court that *pro se* Plaintiff Vanessa Adela Romero Reyes and Trans Union have reached a settlement in principle as to Plaintiff's allegations against Trans Union and are in the process of consummating the terms of the settlement agreement and filing a dismissal with prejudice as to Defendant Trans Union. Plaintiff's claims as to the remaining Defendant(s) remain before the Court. Trans Union requests that the Court vacate all remaining deadlines in this matter as to Trans Union only. Trans Union also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: June 24, 2026

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**
One Biscayne Tower
2 South Biscayne, Blvd., Suite 1500
Miami, Florida 33131
Telephone: (305) 347-4080
Facsimile: (305) 347-4089

By: */s/ Allison Guaty*
Christian C. Kohlsaat, Esq.
Florida Bar No. 117795
christian.kohlsaat@bipc.com
Allison Guaty, Esq.
Florida Bar No. 1039032
allison.guaty@bipc.com
*Attorneys for Defendant, TransUnion, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2026, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter, and served a copy via electronic mail to:

Vanessa Romero Reyes
4859 Cherokee Rose Drive
Orlando, Florida 32808
Vromero8537@yahoo.com

 */s/ Allison Guaty*
Allison Guaty (FBN 1039032)