**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**CASE NO: 6:25-CV-01068-PGB-LHP**

VANESSA ADELA ROMERO REYES,

      Plaintiff,

   v.

EXPERIAN INFORMATION
SOLUTIONS, INC., TRANSUNION
LLC, EQUIFAX INFORMATION
SERVICES LLC,

      Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is hereby stipulated and agreed by and between pro se Plaintiff, Vanessa Adela Romero Reyes, and Defendant Equifax Information Services LLC ("Equifax") that the above-titled action is hereby dismissed with prejudice as to Defendant Equifax. Each party will bear their own costs and attorney's fees.

326658855v.1

2

DATED:  June 24, 2026

Respectfully submitted,

PRO SE PLAINTIFF


By: */s/ Vanessa Adela Romero Reyes*

Vanessa Adela Romero Reyes
vromero8537@yahoo.com
4859 Cherokee Rose Drive
Orlando, Florida 32808
Telephone:  (407) 973-2339

*Plaintiff Pro Se*


SEYFARTH SHAW LLP


By:  */s/ Paige Vacante*

Paige Vacante, Bar No. 1019135
pvacante@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000

*Counsel for Defendant*
*Equifax Information Services LLC*

326658855v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 24, 2026, I presented the foregoing STIPULATION OF DISMISSAL to the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy has also been sent via U.S. Mail to the following:

VANESSA ADELA ROMERO REYES, *plaintiff pro se*
4859 CHEROKEE ROSE DR
ORLANDO FL 32808-2014

*/s/ Paige Vacante*
Paige Vacante
*Counsel for Defendant*
*Equifax Information Services LLC*

326658855v.1