# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

**Vanessa Adela Romero Reyes,**
Plaintiff,

v.

**Experian Information Solutions, Inc.,**
Defendant.

**Case No. 6:25-cv-01068-PGB-LHP**

## PLAINTIFF'S RESPONSE IN OPPOSITION TO EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION

Plaintiff, Vanessa Adela Romero Reyes, proceeding pro se, respectfully files this Response in Opposition to Experian Information Solutions, Inc.'s Motion for Extension of Time to File Dispositive Motion and states:

1. Plaintiff acknowledges that Federal Rules of Civil Procedure 6(b) and 16(b)(4) permit extensions upon a showing of good cause. However, Plaintiff respectfully submits that Experian has not demonstrated sufficient good cause under the circumstances presented.
2. Experian's current counsel entered an appearance on May 31, 2026 (amended June 1, 2026). Prior counsel remained counsel of record until June 22, 2026, at which time the Court granted counsel's withdrawal while expressly noting that Experian remained represented by other counsel of record. Accordingly, Experian remained continuously represented throughout the transition of counsel.
3. Plaintiff recognizes that newly appearing counsel requires time to become familiar with a case. However, the Complaint, exhibits, and procedural history were already part of the record when current counsel entered an appearance. Current counsel entered an appearance approximately one month before filing the present motion. Plaintiff respectfully submits that the substitution of counsel does not, standing alone, establish sufficient good cause to further modify the Court's scheduling order.
4. While Plaintiff does not oppose meaningful settlement discussions, Plaintiff respectfully submits that the possibility of settlement, standing alone, does not require modification of the dispositive-motion deadline.
5. Plaintiff respectfully disagrees with Experian's assertion that the requested extension will not prejudice any party. Plaintiff submits that further modification of the dispositive-motion deadline may delay the orderly progression of this litigation. Plaintiff therefore respectfully requests that the Court maintain the existing schedule absent a sufficient showing of good cause.

**WHEREFORE**, Plaintiff respectfully requests that the Court deny Experian Information Solutions, Inc.'s Motion for Extension of Time to File Dispositive Motion and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Vanessa Adela Romero Reyes
Plaintiff, Pro Se
4858 Cherokee Rose Drive
Orlando, Florida 32808

Date: 7/6/2026