# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## CASE NO: 6:25-CV-01068-PGB-LHP

VANESSA ADELA ROMERO REYES,

     Plaintiff,

    v.

EXPERIAN INFORMATION
SOLUTIONS, INC., TRANSUNION
LLC, EQUIFAX INFORMATION
SERVICES LLC,

     Defendant.

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is hereby stipulated and agreed by and between pro se Plaintiff, Vanessa Adela Romero Reyes, and Defendant Equifax Information Services LLC ("Equifax") that the above-titled action is hereby dismissed with prejudice as to Defendant Equifax. Each party will bear their own costs and attorney's fees.

326658855v.1

DATED:  July 7, 2026

  SEYFARTH SHAW LLP

By:  */s/ Paige Vacante*
  Paige Vacante, Bar No. 1019135
  pvacante@seyfarth.com
  SEYFARTH SHAW LLP
  233 South Wacker Drive
  Suite 8000
  Chicago, Illinois  60606-6448
  Telephone:  (312) 460-5000
  Facsimile:  (312) 460-7000

*Counsel for Defendant*
*Equifax Information Services LLC*

  VENABLE LLP

By:  */s/ Patrick T. Kalbac*
  Patrick T. Kalbac, Bar No. 1011649
  ptkalbac@venable.com
  VENABLE LLP
  801 Brickell Ave, Ste 1500
  Miami, Florida 33131
  Telephone: (305) 349.2300
  Facsimile: (305) 349.2310

*Counsel for Defendant*
*Experian Information Solutions LLC*

Respectfully submitted,

PRO SE PLAINTIFF

By: */s/ Vanessa Adela Romero Reyes*
  Vanessa Adela Romero Reyes
  vromero8537@yahoo.com
  4859 Cherokee Rose Drive
  Orlando, Florida 32808
  Telephone:  (407) 973-2339

*Plaintiff Pro Se*

BUCHANAN INGERSOLL &
ROONEY PC

By: */s/ Christian C. Kohlsaat*
  Christian C. Kohlsaat, Esq.
  Florida Bar No. 117795
  christian.kohlsaat@bipc.com
  Allison Guaty, Esq.
  Florida Bar No. 1039032
  allison.guaty@bipc.com
  BUCHANAN INGERSOLL &
  ROONEY PC
  One Biscayne Tower
  2 South Biscayne Blvd., Suite 1500
  Miami, Florida 33131
  Telephone: (305) 347-4080
  Facsimile: (305) 347-4089

*Counsel for Defendant*
*TransUnion, LLC*

326658855v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2026, I presented the foregoing STIPULATION

OF DISMISSAL to the Clerk of the Court using the CM/ECF system, which will

send notification of such filing to all counsel of record.  A copy has also been sent

via U.S. Mail to the following:

> VANESSA ADELA ROMERO REYES, *plaintiff pro se*
> 4859 CHEROKEE ROSE DR
> ORLANDO FL 32808-2014

> */s/ Paige Vacante*
> Paige Vacante
> *Counsel for Defendant*
> *Equifax Information Services LLC*

326658855v.1