**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**VANESSA ADELA ROMERO REYES,**

    **Plaintiff,**

**v.**             **Case No: 6:25-cv-1068-PGB-LHP**

**EXPERIAN INFORMATION SOLUTIONS INC.,
TRANSUNION LLC and
EQUIFAX INFORMATION SERVICES, LLC,**

    **Defendants.**
_____/

## ORDER

   This cause is before the Court on the parties' Joint Stipulation for Dismissal With Prejudice as to Plaintiff's claims against Defendant Equifax Information Services, LLC, filed July 7, 2026. (Doc. 107). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Equifax Information Services, LLC, are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate Equifax Information Services, LLC, as a party.

   **DONE AND ORDERED** in Orlando, Florida on July 8, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2